IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BRUNSON ROBERTS
ADC #127841                                                                                    PLAINTIFF

V.                                         NO. 2:06CV00140 JTR

RAY HOBBS, Assistant Director,
Arkansas Department of Correction, et al.                                      DEFENDANTS

### ORDER

The parties have filed a Joint Motion to Dismiss With Prejudice, wherein they request that this case be dismissed pursuant to their settlement agreement.[1] (Docket entry #54.) The Court will grant the Joint Motion pursuant to their agreed request for dismissal.

IT IS THEREFORE ORDERED that the parties' Joint Motion to Dismiss With Prejudice (docket entry #54) is GRANTED and this action is DISMISSED, WITH PREJUDICE.

DATED this 7th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On October 30, 2006, the parties consented in writing to proceed before a United States Magistrate Judge. (Docket entry #35.)